No. 96–7341 (A–479). IN RE WAINWRIGHT. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–7351 (A–481). WAINWRIGHT v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 96–7352 (A–483). RUIZ ET AL. v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Application for stay of execution of sentences of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

JANUARY 9, 1997

No. 96–7392 (A–490). IN RE WALDROP. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

JANUARY 10, 1997

No. 95–8736. OGBOMON v. UNITED STATES. C. A. 11th Cir. [Certiorari granted, 518 U. S. 1056.] Writ of certiorari dismissed as improvidently granted.

No. 96–663. KLEHR ET UX. v. A. O. SMITH CORP. ET AL. C. A. 8th Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 21, 1997. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 21, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 7, 1997. This Court's Rule 29.2 does not apply.